UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FILIBERT CHAVEZ,<br><br>　　　　Defendant. | No. 1:17-mj-00148 EPG<br><br><br>ORDER |

　　　　Having granted the government's oral motion to dismiss this complaint on September 11, 2017,

　　　　IT IS HEREBY ORDERED that pursuant to FRCrP 48, the complaint in the above-entitled case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: __**September 12, 2017**__　　　　　　　　__/s/ *Sheila K. Oberto*__
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1